Christopher C. Cooke (#142342)
mailto:: ccooke@ckwlaw.com
Cooke Kobrick & Wu LLP
177 Bovet Rd., Suite 600
San Mateo, California 94402
(650) 638-2370

Attorney for Defendants
LEND INC., BAR-K INC., BAR-K 401K PLAN and
KELLY NG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE JOHNS ) | Case No. 12-CV-2456 WHA |
| ) | |
| Plaintiff ) | |
| ) | STIPULATION AND ~~PROPOSED~~ |
| v. ) | ORDER RESCHEDULING CASE |
| ) | MANAGEMENT CONFERENCE |
| WALTER NG, BARNEY NG, KELLY ) | |
| NG, BRUCE HOROWITZ, M.D., BAR-K ) | |
| INC., LEND INC., and BAR-K 401K ) | |
| PLAN ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION

WHEREAS, the Court has set a case management conference for August 23, 2012 at 11 a.m.;

WHEREAS, counsel for defendants Bar-K Inc., Bar-K 401K Plan, Lend Inc. and Kelly Ng (the "Bar-K Defendants") has a case management conference scheduled for

August 23, 2012 at 9 a.m. in San Mateo County Superior Court (Redwood City) in another case and is not sure if he will be able to make the 11 a.m. conference set in this case;

WHEREAS, plaintiff does not oppose rescheduling the case management conference in this case to September 6, 2012 at 11 a.m.

NOW, THEREFORE, THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The Case Management Conference in this case shall be rescheduled to September 6, 2012 at 11 a.m.

SO STIPULATED.

Date: August 14, 2012
\_\_/s/_____
Geoffrey V. White
Law Office of Geoffrey White
Attorneys for Plaintiff CARRIE JOHNS


\_\_\_/s/_____
Christopher C. Cooke
Cooke Kobrick & Wu LLP
Attorneys for Defendants
KELLY NG, BAR-K INC., LEND INC., and
BAR-K 401K PLAN

STIPULATION AND ~~PROPOSED~~ ORDER/12-CV-2456 WHA

COOKE KOBRICK & WU LLP
177 BOVET RD., SUITE 600
SAN MATEO, CA 94402
(650) 638-2370

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, it is so ordered.

Date: August 14, 2012



_____
The Hon. William Alsup
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONSENT TO FILE (LOCAL RULE 5-1(i)**

I, CHRISTOPHER COOKE, declare:

Pursuant to Local Rule 5-1(i), I hereby attest that I obtained the concurrence of each of the other signatories on this document to file this document before I caused it to be filed electronically with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 14, 2012

/s/
_____
CHRISTOPHER COOKE