```
1  DAVID T. WEI (230729)
   CRAIG C. DANIEL (212588)
2  AXCEL LAW PARTNERS LLP
   4 Embarcadero Center, 14th Floor
3  San Francisco, CA 94111
   Telephone        415-704-8800
4  Facsimile        415-704-8804
   Email            dwei@ax-law.com
5
   Attorneys for DEFENDANT BRUCE HORWITZ, M.D.
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARRIE JOHNS, an individual,<br><br>　　　　　Plaintiff<br><br>v.<br><br>WALTER NG, individually and as Plan fiduciary; BARNEY NG, individually and as a Plan fiduciary; KELLY NG, individually and as a Plan fiduciary; BRUCE HORWITZ, M.D., individually and as a Plan fiduciary; BAR-K, INC., a California corporation; LEND, INC., a California corporation; and BAR-K 401(k) PLAN,<br><br>　　　　　Defendants | **Case No.: 12-CV-02456 WHA**<br><br>**DEFENDANT BRUCE HORWITZ, M.D.'S ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

　　　Defendant Bruce Horwitz, M.D., through his counsel, answers the Complaint as follows:

## **GENERAL STATEMENT**

　　　The subject matter of the Complaint has been the basis for an ongoing grand jury investigation conducted by the United States Attorney for the Northern District of

1
DEFENDANT HORWITZ'S ANSWER

California.  Therefore, on the advice of counsel, Defendant Horwitz asserts his rights under the Fifth Amendment to the United States Constitution not to be compelled to be a witness against himself.  Defendant Horwitz respectfully reserves the right to seek to amend this Answer and any other pleadings as more information about the grand jury investigation is disclosed.

## RESPONSES TO SPECIFIC PARAGRAPHS

1. Answering Paragraph 1 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

2. Answering Paragraph 2 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

3. Answering Paragraph 3 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

4. Answering Paragraph 4 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

5. Answering Paragraph 5 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

6. Answering Paragraph 6 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

7. Answering Paragraph 7 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

8. Answering Paragraph 8 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

9. Answering Paragraph 9 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

10. Answering Paragraph 10 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

11. Answering Paragraph 11 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

12. Answering Paragraph 12 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

13. Answering Paragraph 13 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

14. Answering Paragraph 14 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

15. Answering Paragraph 15 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

16. Answering Paragraph 16 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

17. Answering Paragraph 17 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

18. Answering Paragraph 18 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

19. Answering Paragraph 19 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

20. Answering Paragraph 20 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

21. Answering Paragraph 21 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

22. Answering Paragraph 22 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

23. Answering Paragraph 23 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

24. Answering Paragraph 24 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

25. Answering Paragraph 25 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

26. Answering Paragraph 26 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

[ The numbering of paragraphs herein corresponds to the numbering of paragraphs in the Complaint, which omits numbers 27 to 35. ]

36. Answering Paragraph 36 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

37. Answering Paragraph 37 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

38. Answering Paragraph 38 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

39. Answering Paragraph 39 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

40. Answering Paragraph 40 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

41. Answering Paragraph 41 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

42. Answering Paragraph 42 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

43. Answering Paragraph 43 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

44. Answering Paragraph 44 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

45. Answering Paragraph 45 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

46. Answering Paragraph 46 of the Complaint, Defendant Horwitz asserts his constitutional right under the Fifth Amendment not to be a witness against himself.

## **AFFIRMATIVE DEFENSES**

Defendant Horwitz respectfully reserves the right to assert all affirmative defenses available under federal law and any applicable state law.

//

//

//

## PRAYER FOR RELIEF

WHEREFORE, Defendant Horwitz prays that:

Plaintiff takes nothing by her Complaint against Defendant Horwitz;

The Court enters judgment in favor of Defendant Horwitz and against Plaintiff;

The Court dismisses the Complaint against Defendant Horwitz with prejudice; and

The Court awards Defendant Horwitz such other and further relief as the Court deems just and proper.

## JURY DEMAND

Defendant Horwitz requests a trial by jury as to those issues so triable.

Dated: January 4, 2013                              Respectfully submitted,

                                                    AXCEL LAW PARTNERS LLP


                                                    /s/ *David T. Wei*
                                                    David T. Wei
                                                    Attorneys for Defendant Bruce
                                                    Horwitz, M.D.