**GEOFFREY V. WHITE (SBN. 068012)**
**LAW OFFICE OF GEOFFREY V. WHITE**
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile:  (415) 362-4115
Email:  gvwhite@sprynet.com

Attorneys for Plaintiff
CARRIE JOHNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARRIE JOHNS**, | Case No.  C 12-02456 WHA |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE** |
| v. | |
| **WALTER NG,** individually and as Plan fiduciary; **BARNEY NG,** individually and as Plan fiduciary; **KELLY NG,** individually and as Plan fiduciary; **BRUCE HORWITZ, M.D.,** individually and as Plan fiduciary; **BAR-K, INC.,** a California corporation; **LEND, INC.,** a California Corporation; and **BAR-K 401K PLAN.** | |
| Defendants. | |

**STIPULATION**

WHEREAS, Plaintiff and Defendants have attempted to resolve the issues in the above-captioned matter in Mediation sessions on November 30, 2012 and May 9, 2013; and

WHEREAS, the parties, through their undersigned counsel, have reached an agreement to bifurcate the ERISA and State Law claims in the Complaint; and

WHEREAS, the parties have agreed that it is extremely difficult, if not impossible to proceed with the litigation of the ERISA claims (First, Second and Third Claims) in the Complaint because of pending parallel Federal government investigations; and

1  WHEREAS, the parties have agreed to dismiss said ERISA claims in the Complaint
2  without prejudice, subject to a separate tolling agreement for a certain time period during the
3  pendency of said Federal government investigations; and
4  WHEREAS, the parties have agreed that this Court should exercise its discretion under
5  28 U.S.C. Section 1367(c) to also dismiss without prejudice the State law claims in the
6  Complaint (Fourth and Fifth Claims), so that Plaintiff may re-file her State law claims in State
7  Court, subject to the tolling provisions of 28 U.S.C. Section 1367(d).
8  WHEREAS, by agreeing to this Stipulation and permitting the dismissal of the State law
9  claims subject to the tolling provisions of 28 U.S.C. Section 1367(d), Defendants are not
10 intending to revive any claims already barred by any applicable statute of limitations at the time
11 this action was filed.
12 NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate as
13 follows:
14     1. The Complaint in the above-captioned matter shall be dismissed without prejudice.
15     2. Plaintiff may file her State Law claims in State Court, subject to the tolling provisions
16        in 28 U.S.C. Section 1367(d).  As provided in 28 U.S.C. Section 1367(d), the statute
17        of limitations on Plaintiff's State law claims shall be tolled for an additional 30 days
18        following the entry of this Stipulation and Order, unless State law provides for a
19        longer tolling period.  Nothing in this Stipulation and Order is intended to revive any
20        claims that are otherwise already barred by any applicable statute of limitations.
21     IT IS SO STIPULATED.
22
23 DATED:  May 21, 2013                         LAW OFFICE OF GEOFFREY V. WHITE
24
25                                              By__/s/_____
                                                    Geoffrey V. White
26                                                  Attorney for Plaintiff
                                                    CARRIE JOHNS
27
28

DATED: May 21, 2013            COOKE, KOBRICK & WU LLP

By _/s/ (as authorized on May 21, 2013 )___
    Christopher C. Cooke
    Attorneys for Defendants
BAR-K, INC., BAR-K 401K PLAN, LEND, INC. AND KELLY NG

DATED: May 21, 2013            LAW OFFICE OF ERIK A. HUMBER

By _/s/ (as authorized on May 20, 2013     )
    Erik A. Humber
  Attorney for Defendant BARNEY NG

AXCEL LAW PARTNERS LLP

By _/s/ (as authorized on May 20, 2013   )
    Craig C. Daniel
    Attorneys for Defendant
    BRUCE  HORWITZ M.D.

## [~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation, IT IS SO ORDERED.

DATED: June 10, 2013.

_____
Honorable William H. Alsup
United States District Judge

---

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITHOUT PREJUDICE**
**Case No. C 12-02456 WHA**      3